IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAZZERICK M. ALEXANDER,

          Petitioner,                ORDER

     v.                                  15-cv-568-wmc
                                        07-cr-71-wmc

UNITED STATES OF AMERICA,

          Respondent.

---

Petitioner Lazzerick M. Alexander seeks resentencing under 28 U.S.C. § 2255 in light of the United States Supreme Court's recent holding in *United States v. Johnson*, 135 S. Ct. 2551 (2015). The court permitted petitioner to proceed and set briefing. On October 21, 2015, Shelly Fite of the Federal Defender Services appeared on petitioner's behalf and the parties filed a Joint Motion to Grant § 2255 Motion. (Dkt. #9.) The parties indicate they agree that the petition is meritorious and ask that Case. No. 07-cr-71 be set for resentencing. Accordingly, the motion will be granted.

ORDER

IT IS ORDERED that the Unopposed Petition to Vacate Sentence Under 28 U.S.C. § 2255 is GRANTED. Case No. 07-cr-71 shall be set for resentencing.

Entered this 22nd day of October, 2015.

                                        BY THE COURT:

                                        WILLIAM M. CONLEY
                                        District Judge

1